# EXHIBIT “A”

25-013857-NO FILED IN MY OFFICE Cathy M. Garrett WAYNE COUNTY CLERK 9/5/2025 3:25 PM Jacqueline Ruff

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

MARIAN WHEATLEY,

Plaintiff,

v.

WAL-MART STORES EAST, LP,

Defendants.

_______________________________________/

Case No. 25- -NO
Hon.

| | |
|---|---|
| THE MARK SISSON LAW FIRM, PLLC<br>MATTHEW F. BOEHRINGER (P79332)<br>Attorneys for Plaintiff<br>30200 Telegraph Rd. Ste. 102<br>Bingham Farms, MI 48025<br>(248) 829-3088/ Fax: (734) 655-9045<br>mboehringer@marksissonlaw.com<br>lmorey@marksissonlaw.com | |

There is no other civil action between these parties arising out of the same transaction or occurrence as alleged in this Complaint pending in this Court, nor has any such action been previously filed and dismissed or transferred after having been assigned to a judge, nor do I know of any other civil action not between these parties, arising out of the same transaction or occurrence as alleged in this Complaint that is either pending or was previously filed and dismissed, transferred, or otherwise disposed of after having been assigned to a judge in this Court.

**PLAINTIFF'S COMPLAINT**

NOW COMES the Plaintiff, MARIAN WHEATLEY, through her attorneys, THE MARK SISSON LAW FIRM, PLLC, by MATTHEW F. BOEHRINGER, and for her cause of action against the above-named Defendants, WAL-MART STORES EAST, LP, states unto this Honorable Court as follows:

THE MARK SISSON LAW FIRM PLLC

1. Plaintiff MARIAN WHEATLEY ("Wheatley") is a resident of the City of Brownstown, Wayne County, Michigan.
2. Defendants WAL-MART STORES EAST, LP is a business operating in the City of Woodhaven, Wayne County, Michigan.
3. The amount in controversy exceeds Twenty-Five Thousand and 00/100 ($25,000.00) Dollars.

**GENERAL ALLEGATIONS**

4. On or about February 27, 2025, Plaintiff Wheatley was a guest of WAL-MART STORES EAST, LP located at 23800 Allen Rd., Woodhaven, MI 48183.
5. The property located at 23800 Allen Rd., Woodhaven, MI 48183 was/is being operated by Defendant WAL-MART STORES EAST, LP.
6. Ms. Wheatley was walking inside the building at WAL-MART STORES EAST, LP where she encountered a slippery substance on which she slipped and fell.
7. Ms. Wheatley's body was thrown to the ground resulting in injury.
8. Ms. Wheatley suffered severe injuries including but not limited to her face, right shoulder, and right arm.

**COUNT I**

**NEGLIGENCE/PREMISES LIABILITY**

9. Plaintiff hereby incorporates by reference all previous paragraphs of this Complaint as if fully set forth herein.
10. On or about February 27, 2025, Wheatley was a business invitee of WAL-MART STORES EAST, LP.
11. WAL-MART STORES EAST, LP owed duties to Wheatley, as a business invitee to:
    a. warn of the dangers which it knew or should have known existed on the premises;

THE MARK SISSON LAW FIRM PLLC

b. to inspect the premises to discover possible dangerous conditions of which it did not have knowledge;
c. to take reasonable precautions to protect invitees from dangers that were foreseeable;
d. to take reasonable measures to remove the dangerous condition within a reasonable period of time;
e. to exercise reasonable care in the removal of hazardous conditions;
f. to adequately supervise and train its employees, servants and agents so that they exercise reasonable care in maintaining the premises for invitees;
g. to provide adequate staff to maintain the premises in a reasonably safe condition.

12. WAL-MART STORES EAST, LP breached its duties to Wheatley, through its acts and omissions, including, but not limited to:

a. failure to warn invitees, including Plaintiff, of the dangerous condition which it knew or should have known existed;
b. creating a hazardous condition by not removing the slippery substance in such a place or manner that it created a trip hazard for invitees, including Plaintiff;
c. failure to inspect the premises for dangerous conditions, which it knew or should known existed and would be a hazard to invitees;
d. failure to take reasonable measures to remove the hazard, or other dangerous conditions, after it knew or should have known about their existence;
e. failure to exercise reasonable care in the removal of the hazardous condition which was a foreseeable danger to invitees;
f. failure to remove the hazard, or other dangerous conditions, when it had actual or constructive notice of the dangerous condition;
g. failure to supervise and train its employees, agents and servants in the maintenance of the premises;
h. failure to provide sufficient staff to adequately perform removal of dangerous conditions on its land.

**13.** As a direct and proximate result of WAL-MART STORES EAST, LP'S negligence, Plaintiff suffered injuries, including but not limited to: her face, right shoulder, and right arm.

THE MARK SISSON LAW FIRM PLLC

**COUNT II**
**ORDINARY/ACTIVE NEGLIGENCE BY DEFENDANT**

14. Plaintiff hereby incorporates by reference all previous paragraphs of this Complaint as if fully set forth herein.
15. Defendant owed duties to Plaintiff to use ordinary care and caution in the treatment of the slippery substance so as to not create a dangerous trip hazard and/or to warn Plaintiff regarding the dangerous trip hazard that Defendant created.
16. Defendant breached its duties to Plaintiff by not removing the slippery substance in such a place and manner that it was likely to cause Plaintiff and other invites to trip and fall.
17. Defendant further breached its duties to Plaintiff by placing the slippery substance in such a place and manner that it was not likely to be seen by Plaintiff or other invites who were traversing the premises.
18. Defendants further breached their duties to Plaintiff by failing to warn Plaintiff about the dangerous trip hazard that had been created.
19. As a direct and proximate result of Defendant's ordinary/active negligence, Plaintiff suffered damages as fully set forth in the paragraphs of this Complaint.

WHEREFORE, Plaintiff MARIAN WHEATLEY prays that this Honorable Court enter a judgment in her favor against Defendant WAL-MART STORES EAST, LP in an amount in excess of Twenty-Five Thousand and 00/100 ($25,000.00) Dollars that this Court deems fair and just, plus costs, interest, and attorney fees.

THE MARK SISSON LAW FIRM PLLC

Respectfully submitted,
THE MARK SISSON LAW FIRM, PLLC

***/s/ Matthew F. Boehringer***
THE MARK SISSON LAW FIRM
MATTHEW F. BOEHRINGER (P79332)
Attorneys for Plaintiff
30200 Telegraph Rd. Ste. 102
248-829-3088/ fax: 734-655-9045
mboehringer@marksissonlaw.com
Legal Assistant: lmorey@marksissonlaw.com

**Proof of Service**

The undersigned certifies that the foregoing instrument was served upon the attorneys of record of all parties to the above cause by mailing same to them at their respective addresses (and/or facsimile numbers) as disclosed by the pleadings of record herein, on September 5, 2025. I declare under the penalty of perjury that the statement above is true to the best of my information, knowledge and belief.

| | |
|---|---|
| ☐ U. S. Mail | ☐ Facsimile |
| ☐ Hand Delivered | ☐ UPS |
| ☐ Airborne Next Day Delivery | X E-filing |

Signature *Lindsey Morey*
Lindsey Morey

THE MARK SISSON LAW FIRM PLLC