UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARIAN WHEATLEY,                                   Case No.: 2:25-cv-13162-SJM-KGA

        Plaintiff,                                Hon. Linda V. Parker
vs.                                                Magistrate Judge Curtis Ivy, Jr.

WAL-MART STORES EAST, LP,

        Defendant.
_____/

## STATEMENT OF DISCLOSURE OF CITIZENSHIP AND FINANCIAL AFFILIATIONS

Pursuant to E.D. Mich. LR 83.4: _____WAL-MART STORES EAST, LP_____,

who is a ☐ PLAINTIFF   ☒ DEFENDANT   ☐ OTHER _____ makes the following disclosure: [1]

### PART I – CITIZENSHIP

☒ Jurisdiction for this action is based on diversity of citizenship under 28 U.S.C. § 1332. [If so, complete the other entries in Part I]

☐ This party is an individual who is a citizen of the State of _____.

---

[1] Within this form, the term "entity" is defined in LR 83.4(a)(2).

☐ This party is a corporation incorporated in the State of _____ and with a principal place of business in the State of _____.

☒ This party is an unincorporated association, general partnership, limited partnership, or limited liability company.

If so, identify the nature of the entity and the name and citizenship of every person or entity that is relevant for purposes of determining diversity citizenship, including the name and citizenship of any general partner, and the name and citizenship of each member of a limited liability company.

WAL-MART STORES EAST, LP, is a Limited Partnership organized under the laws of the State of Delaware with its principal place of business in Bentonville, Arkansas.
General Partner: WSE Management, LLC is a Delaware Limited Liability Company with a principal place of business in Bentonville, Arkansas.
Limited Partner: WSE Investment, LLC is a Delaware Limited Liability Company with a principal place of business in Bentonville, Arkansas.

☐ This party is a trust.
If so, identify each trustee and each trustee's State of citizenship. If any trustee is an entity, identify the citizenship of the entity.

## PART II – FINANCIAL AFFILIATIONS

☐ None of the entries below applies to this party.
☒ This party has one or more parent entities.
If so, identify all parent entities.

Walmart Stores, Inc.

10999671.1

MIED (11/23) Statement of Disclosure of Citizenship and Financial Affiliations

Wal-Mart Stores East, LP is a subsidiary of Walmart Stores, Inc.

☐ This party has one or more subsidiaries.
    If so, identify all subsidiaries.

☐ This party has one or more affiliates.
    If so, identify all affiliates.

☐ An entity, not a party to this action, has at least a 10% percent ownership interest in this party.
    If so, identify all such owners.

☐ An entity, not a party to this action, has by reason of insurance, a franchise agreement, lease, profit sharing agreement, or indemnity agreement, a direct financial interest in the outcome of the litigation.
    If so, identify each such entity's financial interest in the litigation.

Dated: December 19, 2025

/s/*Nicole M. Wright*
Nicole M. Wright (P63513)
Zausmer, P.C.
32255 Northwestern Highway, Suite 225
Farmington Hills, MI Suite 225
(248) 851-4111
nwright@zausmer.com

10999671.1